**Electronically Filed
Supreme Court
SCWC-14-0000531
05-JUL-2017
01:26 PM**

SCWC-14-0000531

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

DAVID PREBLE,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI‘I,
Respondent/Respondent-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000531; S.P.P. NO. 11-1-0054; CR. NO. 99-2362)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant David Preble's application for writ of certiorari filed on May 25, 2017, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai‘i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai‘i, July 5, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

